IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


ELIZABETH BILLER

                                                              PLAINTIFF


        v.                              CIVIL NO. 12-2073


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                DEFENDANT

### O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis* and a motion for service.  ECF. Nos. 1, 2.  After review, it

is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly,

the following order is entered this 4th day of April 2012:

Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby

granted.  The court directs that a copy of the complaint, along with a copy of this order, be served

by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue,

Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney

General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs.

Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.


                                    /s/ *J. Marschewski*
                                    HON. JAMES R. MARSCHEWSKI
                                    CHIEF U.S. MAGISTRATE JUDGE


AO72A
(Rev. 8/82)